UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN HART,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No. 1:23-cv-00977-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

   Plaintiff Rayshwan Hart ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action.[1] Currently before the Court is Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 3.)

   Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to

---

[1] On June 29, 2023, Plaintiff's claims were severed from the matter of *Charlene Stith, et al. v. State of California, et al.*, 1:23-cv-00947-ADA-GSA-PC, and Plaintiff was directed to file a new amended complaint in the instant action within forty-five (45) days. (Doc. 1.) Plaintiff has not yet filed an amended complaint. Plaintiff is reminded that the failure to file an amended complaint will result in dismissal of Plaintiff's individual claims. (*Id.*)

1

the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. **The Director of the California Department of Corrections and Rehabilitation or his/her designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF);

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California; and

5. Plaintiff's amended complaint, if any, will be screened upon filing pursuant to 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:  **July 7, 2023**              /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE