UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN HART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00977-JLT-BAM (PC)<br><br>ORDER DISREGARDING SECOND MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 12) |

　　　　Plaintiff Rayshwan Hart ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action.[1]  Plaintiff filed an application to proceed in forma pauperis on June 23, 2023. (Doc. 3.)  The Court granted that application on July 7, 2023, and Plaintiff proceeds in forma pauperis in this action.  (Doc. 7.)

　　　　On September 14, 2023, Plaintiff filed a second application to proceed in forma pauperis. (Doc. 12.)  Because the Court has already granted Plaintiff leave to proceed in forma pauperis, the second application is not necessary.  Accordingly, Plaintiff's second application to proceed in forma pauperis is HEREBY DISREGARDED.

IT IS SO ORDERED.

　　　Dated:  **September 15, 2023**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On June 29, 2023, Plaintiff's claims were severed from the matter of *Charlene Stith, et al. v. State of California, et al.*, 1:23-cv-00947-ADA-GSA-PC.  (Doc. 1.)  Plaintiff filed an amended complaint on August 14, 2023.  (Doc. 10.)

1