1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                   EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   CHARLENE STITH, | Case No.: 1:23-cv-00947-NODJ-GSA |
| 12                         Plaintiff, | **ORDER RELATING AND REASSIGNING CASES** |
| 13                v. | |
| 14   STATE OF CALIFORNIA, et al., | |
| 15                         Defendants. | |
| 16 | |
| 17   VICTORIA GREEN, | Old Case No.: 1:23-cv-00973-JLT-EPG |
|                               Plaintiff, | **New Case No. 1:23-cv-00973-NODJ-GSA** |
| 18 | |
| 19                v. | |
|      STATE OF CALIFORNIA, et al., | |
| 20 | |
|                              Defendants. | |
| 21 | |
| 22   TREMAINE CARROLL, | Case No.: 1:23-cv-00974-NODJ-GSA (Unchanged) |
|                               Plaintiff, | |
| 23 | |
| 24                v. | |
|      STATE OF CALIFORNIA, et al., | |
| 25 | |
|                              Defendants. | |
| 26 | |

27
28

JONATHAN ROBERTSON,

        Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

Old Case No.: 1:23-cv-00975-NODJ-SAB
**New Case No. 1:23-cv-00975-NODJ-GSA**

---

FANCY MOORE LIPSEY,

        Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

Old Case No.: 1:23-cv-00976-NODJ-SAB
**New Case No. 1:23-cv-00976-NODJ-GSA**

---

RAYSHAWN HART,

        Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

Old Case No.: 1:23-cv-00977-JLT-BAM
**New Case No. 1:23-cv-00977-NODJ-GSA**

---

CRYSTAL GRAHAM,

        Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

Old Case No.: 1:23-cv-01323-JLT-BAM
**New Case No. 1:23-cv-01323-NODJ-GSA**

---

ROXANNE PURDAGONE,

        Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

        Defendants.

Old Case No.: 1:23-cv-01324-NODJ-SKO
**New Case No. 1:23-cv-01324-NODJ-GSA**

---

    Pursuant to Local Rule 123, the Court finds the above-captioned actions are related.  A review of the complaints in these cases shows they are related within the meaning of Local Rule

2

123(a), as they involve overlapping or similar parties and claims, related questions of fact or law, and would likely entail substantial duplication of labor if heard by different judges. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and the parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge and does not consolidate the cases. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Local Rule 123(c) provides that "the Chief Judge or a Judge designated by the Chief Judge may, by special order, reassign either action to any Judge or Magistrate Judge sitting in the Eastern District of California as the situation may dictate."

Good cause appearing, this Court finds the above-captioned cases are related and **ORDERS** that the following actions be reassigned to No District Judge and United States Magistrate Judge Gary S. Austin. Going forward, all documents filed shall bear the following new case numbers:

*Green v. State of California, et al.*, **Case No. 23-cv-00973-NODJ-GSA**

*Robertson v. State of California, et al.*, **Case No. 23-cv-00975-NODJ-GSA**

*Lipsey v. State of California, et al.*, **Case No. 23-cv-00976-NODJ-GSA**

*Hart v. State of California, et al.*, **Case No. 23-cv-00977-NODJ-GSA**

*Graham v. State of California, et al.*, **Case No. 23-cv-01323-NODJ-GSA**

*Purdagone v. State of California, et al.*, **Case No. 23-cv-01324-NODJ-GSA**

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  December 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3