UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN HART,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00977-JLT-HBK (PC)<br><br>SUPPLEMENTAL ORDER DIRECTING PLAINTIFF TO SHOW CAUSE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(m) |

    On July 31, 2025, the undersigned issued an order directing Plaintiff to show cause why Defendant Officer Sousa should not be dismissed under Federal Rule of Civil Procedure 4(m). (Doc. No. 32). Within the order, the undersigned assumed service was effectuated upon Defendant Michael Pallares. (*See id.* at 1). On August 1, 2025, Defendant California Department of Corrections and Rehabilitation ("CDCR") filed a notice "to clarify the status of service on Defendant Pallares," correctly indicating Defendant Pallares has not appeared in this action and was not a party to the previous stipulation noted in the Court's order. (Doc. No. 33). Thus, CDCR requested "the Court correct the record as to service on Mr. Pallares." (*Id.* at 2).

    Although Plaintiff previously represented Defendant Pallares had been served (*see* Doc. No. 29 at 2), no proof of service as to Pallares has been filed. (*See generally* docket). Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90 days of filing the complaint. The time may be extended for good cause shown. If a defendant is not served within

the requisite period, after notice to plaintiff, the court <u>must</u> dismiss the action without prejudice, or order that service be made within a certain time period. (*Id.*) (emphasis added). Because more than 90 days have passed and it appears only Defendant CDCR[1] has been served a copy of the complaint and summons, Plaintiff is directed to show good cause why Defendant Pallares should not be dismissed under Rule 4.

Accordingly, it is **ORDERED**:

1. Within fourteen (14) days of the date on this Order, Plaintiff shall show good cause why Defendant Pallares should not be dismissed under Federal Rule of Civil Procedure 4(m).[2]

2. Failure to respond to this order will result in the recommendation that Plaintiff's claims against Pallares be dismissed without prejudice without further notice.

Dated:   August 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously noted Plaintiff's voluntary dismissal of the State of California and the California Department of Corrections. (*See* Doc. No. 32 at 3, ¶ 3).

[2] This order does not alter the previously set deadline to show cause why Defendant Sousa should not be dismissed. (*See* Doc. No. 32).

2