# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RAYSHAWN HART,

          Plaintiff,

    v.

ACTING WARDEN MICHAEL PALLARES,

          Defendant.

Case No.  1:23-cv-00977 JLT HBK

ORDER CLOSING CASE

On September 16, 2025, the sole remaining defendant in this action, Defendant Pallares, filed a motion to dismiss. (Doc. 41.) On January 13, 2026, the Court adopted in full the Magistrate Judge's Findings and Recommendations granting Defendant's motion to dismiss and allowing Plaintiff leave to file a second amended complaint asserting Eighth Amendment claim(s) against Defendant Pallares within 21 days. (Doc. 43.) Plaintiff has failed to file an amended complaint, and the time to do so has passed. *See* docket. As there are no remaining defendants, this action must be dismissed in its entirety. Thus, the Court **ORDERS**:

1.  The Clerk of Court is directed to terminate any pending motions/deadlines and close this case.

IT IS SO ORDERED.

Dated:   **February 26, 2026**

_____
UNITED STATES DISTRICT JUDGE